DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER ALLEGIANIS,**
Appellant,

v.

**MICHAEL ROWE,**
Appellee.

No. 4D2024-1418

[September 18, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Stephanie F. Tew, Judge; L.T. Case No. 502024SC001830.

Peter Allegianis, West Palm Beach, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

MAY, GERBER and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***